# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIO QUINTANILLA, #03470071 | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-20-CV-563-DAE |
| CAPTAIN MARTIN GONZALES, SHERIFF DAVID SOWARD, AND OFFICER AMANDA FAZ, | § § § § | JURY DEMANDED |
| Defendants. | § § | |

## ORDER GRANTING COUNTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT

The Court has considered Defendants Captain Martin Gonzales, Sheriff David Soward and Officer Amanda Faz (collectively, the "County Defendants") Motion for Extension of Time to File Supplement to Motion for Summary Judgment ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED that the County Defendants' Motion is hereby GRANTED. The County Defendants' new deadline to file a supplement addressing Plaintiff's claim construed under the Fourteenth Amendment is March 3, 2021.

SIGNED this _____ day of _____, 2021.

_____
PRESIDING JUDGE