UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIO QUINTANILLA, #04570071, | ' |
| | ' |
| Plaintiff, | ' |
| | '   SA-20-CV-563-DAE |
| v. | ' |
| | ' |
| ATASCOSA COUNTY SHERIFF DAVID SOWARD, CAPTAIN MARTIN GONZALES, and OFFICER AMANDA FAZ, | ' |
| | ' |
| Defendants. | ' |

## ORDER

Before the Court is Defendants Captain Martin Gonzales, Sheriff David Soward and Officer Amanda Faz's (collectively, the "Defendants") Motion for Extension of Time to File Supplement to Motion for Summary Judgment. (ECF No. 22). Defendants' Supplement was due on February 17, 2021, during the week that San Antonio and most of Texas experienced a winter storm with widespread power outages. Defendants state they were without internet, electricity and water for an extended period of time. (*Id.*). Additionally, Defendants have advised the Court that although they were unable to contact the Plaintiff, they believe this motion to be opposed. (*Id.*). Upon consideration, the Court finds the motion has merit and should be **GRANTED**. (ECF No. 22).

**IT IS THEREFORE ORDERED** that the Defendants' deadline to file a supplement addressing Plaintiff's claim construed under the Fourteenth Amendment is March 3, 2021.

**IT IS SO ORDERED**.

**DATED:** February 24, 2021

_____
David Alan Ezra
Senior United States District Judge