# Texas Reclassification Tree

nmate No. 19-2565

Name: Quintanilla, maria

### Are Classification review Circumstances Aggravating? or Mitigating?



**High Risk Flags**
- ⊔ Assaultive
- ⊔ Escape
- ⊔ Suicidal
- ⊔ Mental
- ⊔ Gang Member
- ⊔ Other _____

**Special Condition Flags**
- ⊔ Protective Custody
- ⊔ Medical
- ⊔ Juvenile
- ⊔ Handicap/Disabled
- ⊔ Body Fluid Watch
- ⊔ Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 9/9/20

Review Officer: JP Draugh 0440   Next Review Date: _____

☐ No Change in Current Classification (check)

Comments: moved to separation 13 improve jail climate. Per Lt. Benavides.

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

Inmate Name: _Quintanilla, mario_

Inmate ID: _19-2565_          D.O.B: _6/7/73_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          ~~NO~~

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH     ~~CLOSE CUSTODY~~     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____ 9/8/20

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED          APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

# Texas Reclassification Tree

Inmate No. _____
Name: Quintanilla, Mario

**Are Classification review Circumstances Aggravating? or Mitigating?**

(circle) Current Classification

(circle) Reclassification

(circle) Current Classification

(circle) Reclassification



**Maximum**
1
2
3

**Medium**
4
5
6
7

**Mini**
8
9

Serious Assault/Escape Behavior Problem, or
Less Serious Behavior Problem

Serious Assault/Escape Behavior Problem, or — Yes / No
Less Serious Behavior Problem — Yes

Serious Assault/Escape Behavior Problem, or — Yes / No
Serious Non-Assault Escape Behavior Problem — Yes / No
Less Serious Behavior Problem, Hold/Detainer or LOS > 2 Yrs — Yes
F1, F2, F3 Felony / FS Fel. or Misd.

Serious Behavior Problem — Yes / No
Less Serious Behavior Problem (non-assault/escape), No hold/detainer added — Yes / No
Legal Status Change (sentenced to unsentenced) — Yes

**Reclassification**
1
2
3
4
5
6
7
8
9

Marked Improvement in Compliance, Positive Attitude Change — No / Yes

Marked Improvement in Compliance, Positive Attitude Change — No / Yes

No Behavior Problem
Program Effort, Positive Attitude Change or Court/Staff Compliance (inmate is not eligible for Level 4 if previously classified a 1 or 2in the past 12 months unless override is used) — No / Yes

No Behavior Problem
Program Effort, Positive Attitude Change or Court/Staff Compliance — No / Yes

No Behavior Problem
Detainers, Warrants, Hold or Balance of LOS > 2 Years — Yes / No
Sentenced — No / Yes
F1, F2, F3 Felony / FS Fel. or Misd.
Felon / Misdemeanant
Community Ties — No / Yes
Community Ties — No / Yes

**Reclassification**
**Maximum**
1
2
3
**Medium**
4
5
6
7
**Minimum**
8
9

**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 7/1/2020 @ 1953

Review Officer: Apl. Ceballen   Next Review Date: _____

✓ No Change in Current Classification (check)

Comments: Classified today Day 4 cell G. On Account to needing Space for Inmate's Roamer status

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

003

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

**Inmate Name:** _Quintanilla, Mario_

**Inmate ID:** _19-2565_          **D.O.B:** _6 7 1973_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**


**Circle The Recommended Security Designation:**

(HIGH)     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____#0555_____ _7 1 2020_
_@ 1954_

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED     APPROVED

**Written Explanation of Disapproval:** _____

_____


**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 192565
Name: Quintanilla, Mario

# Texas Reclassification Tree

## Are Classification review Circumstances Aggravating?   or   Mitigating?



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Comments: Rel from Viciplinary Lock down
Classified Separation

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: _____

Review Officer: _____  Next Review Date: _____

_____ No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

005

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

Inmate Name: _Quintanilla, Mario_

Inmate ID: _192565_          D.O.B: _6/7/23_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**


**Circle The Recommended Security Designation:**

HIGH     (CLOSE CUSTODY)     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _Sep S9    6/17/2020_

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          **DISAPPROVED**     **APPROVED**

**Written Explanation of Disapproval:** _____

_____


**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A



Inmate No. 19-2565

Name: Quintanilla, Mario

**Texas Reclassification Tree**

Are Classification review Circumstances
Aggravating? or Mitigating?

High Risk Flags
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

Special Condition Flags
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Comments: Reclassified to DYD cell needed for other i/m medical. Remains DLC.

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: 6/11/20

Review Officer: _____ 0516  Next Review Date: _____

✓ No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, In
Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

Inmate Name: *Quintanilla, Mario*

Inmate ID: *19-2565*                      D.O.B: *06/07/73*

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**


**Circle The Recommended Security Designation:**

(HIGH)     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** *R Castillo D4 D 4/11/20 DLK.*


**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          **DISAPPROVED     APPROVED**

**Written Explanation of Disapproval:** _____

_____


**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 19-2565

Name: Quintanilla, Mario



**Texas Reclassification Tree**

**Are Classification review Circumstances Aggravating?   or   Mitigating?**

**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 5/31/20 @ 2245 hrs.

Review Officer: K. Krauskopf   Next Review Date: _____

✓ No Change in Current Classification (check)

Comments: 30 day review. No change in Status. Currently DLK Day 4 for fighting

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.      009

EXHIBIT A

SECURITY LEVEL REASSESSMENT

Inmate Name: Quintanilla, Mario

Inmate ID: 19-2565          D.O.B: 06/07/73

**Circle Whether Override Of Security Designation Was Recommended:**      YES      (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

(HIGH)    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____ R. _____ 5/31/20

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)      DISAPPROVED      APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 192505

Name: Quintanilla, Mario

# Texas Reclassification Tree

## Are Classification review Circumstances
**Aggravating?**     or     **Mitigating?**



High Risk Flags
- Assaultive
- Escape
- Suicidal
- Mental
- Gang Member
- Other _____

Special Condition Flags
- Protective Custody
- Medical
- Juvenile
- Handicap/Disabled
- Body Fluid Watch
- Other _____

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: 5/18/20

Review Officer: N. Rathenbau _____  Next Review Date: _____

____ No Change in Current Classification (check)

Comments: Reclassified to Disciplinary lockdown
For fighting Auth SGT. Martinez

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

011

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

Inmate Name: ~~192505~~ Quintanilla, Mario

Inmate ID: 192505                    D.O.B: 6/7/73

**Circle Whether Override Of Security Designation Was Recommended:**      YES    (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

(HIGH)  CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** D. Rothenbach CPL Henderson

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)      DISAPPROVED    APPROVED

**Written Explanation of Disapproval:** _____

**Circle Final Security Designation:**

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 19 2565

Name: Quintanilla Mario

# Texas Reclassification Tree

## Are Classification review Circumstances
**Aggravating?** or **Mitigating?**



(circle) Current Classification

| Maximum | 1 |
| | 2 |
| Medium | 4 |
| | 5 |
| | 6 |
| | 7 |
| Minimum | 8 |
| | 9 |

Serious Assault/Escape Behavior Problem, or

Less Serious Behavior Problem

Serious Assault/Escape Behavior Problem, or — Yes / No — Less Serious Behavior Problem — Yes

Serious Assault/Escape Behavior Problem, or — Yes / No — Serious Non-Assault Escape Behavior Problem — Yes / No — Less Serious Behavior Problem, Hold/Detainer or LOS > 2 Yrs — Yes

F1, F2, F3 Felony / FS Fel. or Misd.

Serious Behavior Problem — Yes / No — Less Serious Behavior Problem (non-assault/escape), hold/detainer added — Yes / No — Legal Status Change (sentenced to unsentenced) — Yes

**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

(circle) Reclassification

| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |

(circle) Current Classification

| 1 |

Marked Improvement in Compliance, Positive Attitude Change — No / Yes

Marked Improvement in Compliance, Positive Attitude Change — No / Yes

No Behavior Problem — Program Effort, Positive Attitude Change or Court/Staff Compliance (inmate is not eligible for Level 4 if previously classified a 1 or 2 in the past 12 months unless override is used) — No / Yes

No Behavior Problem — Program Effort, Positive Attitude Change or Court/Staff Compliance — No / Yes — Detainers, Warrants, Hold or Balance of LOS > 2 Years — Yes / No

No Behavior Problem

Sentenced — No / Yes

Detainers... F1, F2, F3 Felony / FS Fel. or Misd.

Felon / Misdemeanant — Community Ties — No / Yes

Community Ties — No / Yes

(circle) Reclassification

| Maximum | 1 |
| | 2 |
| | 3 |
| Medium | 4 |
| | 5 |
| | 6 |
| Minimum | 7 |
| | 8 |
| | 9 |

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: _____

Comments: Administrative lockdown pending disciplinary Action for fighting w/ Inmate Gabriel Milbun

Review Officer: _____  Next Review Date: _____

No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: _Quintanilla Mario_

Inmate ID: _19 2585_          D.O.B: _6/7/73_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          ~~NO~~

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

~~HIGH~~     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____ _5/14/2020_

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED          APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

014

EXHIBIT A

Inmate No. 19-2565

Name: Quintanilla, Mario

# Texas Reclassification Tree



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: 5/13/20

Review Officer: Carter          Next Review Date: _____

cc
X No Change in Current Classification (check)

Comments: Reclass to Detox-A for fighting
Ym Hilburn, Gabriel

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

015

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

**Inmate Name:** Quintanilla, Mario

**Inmate ID:** 19-2565          **D.O.B:** 6/7/73

**Circle Whether Override Of Security Designation Was Recommended:**     YES     (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

(HIGH)     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _Calli Cate Cpratea_   5/14/20

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED     APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW  MINIMUM     VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 19.2565

Name: Quintanilla, Mario

# Texas Reclassification Tree

## Are Classification review Circumstances
## Aggravating?     or     Mitigating?



Comments: 90 day Review. No change in status.

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: 4.30.20 @ 0430Hrs

Review Officer: Mancers     Next Review Date: _____

X  No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

High Risk Flags
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

Special Condition Flags
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

**Inmate Name:** Quintanilla, Meno

**Inmate ID:** 19.2565                    **D.O.B:** 06.07.73

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH      CLOSE CUSTODY      **MEDIUM ASSAULTIVE-ESCAPE**      MEDIUM      LOW MEDIUM      MINIMUM      LOW  MINIMUM      VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** → Mercer.      4.30.20
                                                                            R. 2 — 0o

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          **DISAPPROVED**      **APPROVED**

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH      CLOSE CUSTODY      MEDIUM ASSAULTIVE-ESCAPE      MEDIUM      LOW MEDIUM      MINIMUM      LOW  MINIMUM      VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 19 2565

Name: Quintanilla Mario

**Texas Reclassification Tree**

#10

Are Classification review Circumstances
Aggravating?   or   Mitigating?



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 3-2-2020   1325hr

Comments: Re Classified to Day 3 per SGT Martinez   Review Officer: D.Higginbotham 558   Next Review Date: _____

Due to Unable to be mixed with Inmate saenz Cards

No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc.
Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: _Quintanilla Mario_

Inmate ID: _19 - 2565_                    D.O.B: _06 / 07 / 1973_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH          CLOSE CUSTODY          (MEDIUM ASSAULTIVE-ESCAPE)          MEDIUM          LOW MEDIUM          MINIMUM          LOW  MINIMUM          VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _558   3-2-22   13th   Day 3_

_CPL Passmore_

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED          APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH          CLOSE CUSTODY          MEDIUM ASSAULTIVE-ESCAPE          MEDIUM          LOW MEDIUM          MINIMUM          LOW  MINIMUM          VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

020                                        EXHIBIT A

Inmate No. 9406

Name: Quintanilla, Mario



Texas Reclassification Tree

Are Classification review Circumstances
Aggravating?   or   Mitigating?

Override Reason: _____

_____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 2/28/20

Review Officer: Carter _____   Next Review Date: 3/29/20

X   No Change in Current Classification (check)

Comments: 30 Day review

High Risk Flags
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

Special Condition Flags
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc.
Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

021

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: _Quintanilla, Mario_

Inmate ID: _9406_                                D.O.B.: _06·07·73_

<u>Circle Whether Override Of Security Designation Was Recommended</u>:          YES          (NO)

<u>Written Explanation of Override</u>:

<u>Circle The Recommended Security Designation</u>:

HIGH    (CLOSE CUSTODY)    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW  MINIMUM    VERY LOW MINIMUM

<u>Signature Of Reassessment Staff Member and Date Reassessment Completed</u>: _Calli Carta_ _2/28/20_
_Cprafka_

<u>Supervisory Review Of Override</u>:
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          **DISAPPROVED**    **APPROVED**

<u>Written Explanation of Disapproval</u>: _____

<u>Circle Final Security Designation</u>:

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW  MINIMUM    VERY LOW MINIMUM

<u>Signature Of  Supervisor and Date Of Override Review</u>: _____

<u>Recommended Housing Assignment</u>: _____

EXHIBIT A

Inmate No. **19-2565**

Name: **Quintanilla, Mario**

### Texas Reclassification Tree

**Are Classification review Circumstances Aggravating? or Mitigating?**



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date **2-3-20**

Review Officer: **CPl. Caballero**   Next Review Date: _____

____ No Change in Current Classification (check)

Comments **Classified to Day 4**
**(L) Due to threatning Inmate**
**Rhoades, Jerry in Day 2**

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

## SECURITY LEVEL REASSESSMENT

Inmate Name: Quintinalli, Mario

Inmate ID: 19-2565          D.O.B: 6·7·73

**Circle Whether Override Of Security Designation Was Recommended:**          YES          (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH   (CLOSE CUSTODY)   MEDIUM ASSAULTIVE-ESCAPE   MEDIUM   LOW MEDIUM   MINIMUM   LOW MINIMUM   VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** C.C. #05552 -3-20 @ 1128

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED          APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH   CLOSE CUSTODY   MEDIUM ASSAULTIVE-ESCAPE   MEDIUM   LOW MEDIUM   MINIMUM   LOW MINIMUM   VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

024

EXHIBIT A

Inmate No. **19.2565**

Name **Quintanilla, Mario**

## Texas Reclassification Tree

Are Classification review Circumstances
Aggravating?    or    Mitigating?



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9  Date: 2-1-20  2258

Review Officer: Cpl. Nancea #555   Next Review Date: _____

✓ No Change in Current Classification (check)

Comments: **90 day Review. No change in Status.**

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: Quintanilla, Mario

Inmate ID: 19.2565          D.O.B: 6.7.1973

**Circle Whether Override Of Security Designation Was Recommended:**          YES          NO (circled)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** — F. Mancera  2-1-20  2259

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED     APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

026                                                                 EXHIBIT A

Inmate No. 9406

Name: Quintanilla Mano

**Texas Reclassification Tree**

Are Classification review Circumstances
Aggravating?   or   Mitigating?



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Comments: Reclassified To Day2
Positive Attude

Override Reason: _____

Override Assignment: (circle) 1 2 (3) 4 5 6 7 8 9  Date: 1-29-20

Review Officer: _____  Next Review Date: 1-29-20

____ No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

**Inmate Name:** Quintanilla, Mario

**Inmate ID:** 9406   **D.O.B:** 6-7-73

Circle Whether Override Of Security Designation Was Recommended: YES ~~NO~~

Written Explanation of Override:

Circle The Recommended Security Designation:

HIGH    CLOSE CUSTODY    (MEDIUM ASSAULTIVE-ESCAPE)    MEDIUM    LOW MEDIUM    MINIMUM    LOW  MINIMUM    VERY LOW MINIMUM

Signature Of Reassessment Staff Member and Date Reassessment Completed: _____ 1-29-20
0900

Supervisory Review Of Override:
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)    DISAPPROVED    APPROVED

Written Explanation of Disapproval: _____

_____

Circle Final Security Designation:

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW  MINIMUM    VERY LOW MINIMUM

Signature Of  Supervisor and Date Of Override Review: _____

Recommended Housing Assignment: _____

EXHIBIT A

Inmate No. 19-2565

Name: Quintanilla, Mario

## Texas Reclassification Tree

### Are Classification review Circumstances
Aggravating?   or   Mitigating?



High Risk Flags
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

Special Condition Flags
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Comments: 30 Day review _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 1/29/20

Review Officer: Carter _____   Next Review Date: 2/28/20

X No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

029                                                 EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

**Inmate Name:** Quintanilla, Mario

**Inmate ID:** 19-2565                    **D.O.B:** 6/7/73

**Circle Whether Override Of Security Designation Was Recommended:**        YES        (NO)

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

(HIGH)   CLOSE CUSTODY   MEDIUM ASSAULTIVE-ESCAPE   MEDIUM   LOW MEDIUM   MINIMUM   LOW MINIMUM   VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** Calli Cata Dratka   1/29/20

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)        DISAPPROVED        APPROVED

**Written Explanation of Disapproval:** _____

_____

**Circle Final Security Designation:**

HIGH   CLOSE CUSTODY   MEDIUM ASSAULTIVE-ESCAPE   MEDIUM   LOW MEDIUM   MINIMUM   LOW MINIMUM   VERY LOW MINIMUM

**Signature Of  Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 192565

Name: Quintanilla Mario

**Texts Reclassification Tree**

Are Classification review Circumstances Aggravating? or Mitigating?

J



**High Risk Flags**
- Assaultive
- Escape
- Suicidal
- Mental
- Gang Member
- Other Behavioral

**Special Condition Flags**
- Protective Custody
- Medical
- Juvenile
- Handicap/Disabled
- Body Fluid Watch
- Other

Comments: Placed in Administration Lockdown for major Infractions 023- Conduct disrupting orderly running security of facility also Refusal to obey direct order of corrections officer Aum cupt/ Gonzales.

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: 1/9/2019

Review Officer: Mendoza, Jose   Next Review Date: _____

____ No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: _Quantinalls Mario_

Inmate ID: _19 2565_          D.O.B: _6/7/73_

**Circle Whether Override Of Security Designation Was Recommended:**          YES          NO

**Written Explanation of Override:**

**Circle The Recommended Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____ 01/28/2020

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          DISAPPROVED          APPROVED

**Written Explanation of Disapproval:** _____

**Circle Final Security Designation:**

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. **9406**

Name: **Quintanilla, Mario**

③

### Texas Reclassification Tree

**Are Classification review Circumstances**
**Aggravating?** or **Mitigating?**



Texas Reclassification Tree flowchart with boxes for Current Classification (Maximum 1–3, Medium 4–6, Minimum 7–9) leading to Reclassification columns 1–9 and Current Classification boxes with decision nodes:

- 1 — Marked Improvement in Compliance, Positive Attitude Change — No / Yes
- 2 (circled) — Marked Improvement in Compliance, Positive Attitude Change — No / Yes (circled)
- 3 — No Behavior Problem → Program Effort, Positive Attitude Change or Court/Staff Compliance (Inmate is not eligible for Level 4 if previously classified a 1 or 2 in the past 12 months unless override is used) — No / Yes → 3 (circled)
- 4 — No Behavior Problem → Program Effort, Positive Attitude Change or Court/Staff Compliance
- 5 — No Behavior Problem → Program Effort, Positive Attitude Change or Court/Staff Compliance — Yes → Detainers, Warrants, Hold or Balance of LOS > 2 Years
- F1, F2, F3 Felony / FS Fel. or Misd.

Left side boxes: Serious Assault/Escape Behavior Problem, or / Less Serious Behavior Problem; Serious Non-Assault Escape Behavior Problem; Serious Behavior Problem; Legal Status Change (sentenced to unsentenced); Sentenced; Felon / Misdemeanant; Community Ties.

**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: **12/1/2019**

Review Officer: **Mendoza, Jose**   Next Review Date: _____

_____ No Change in Current Classification (check)

Comments: **Reclassified to population**
**Released from Lockdown  Auth Sgt. Martinez**

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written permission of Northpointe, Inc.
Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.   033

**EXHIBIT A**

SECURITY LEVEL REASSESSMENT

Inmate Name: Quintanilla, Mario

Inmate ID: 9406            D.O.B: 11/06/19

**Circle Whether Override Of Security Designation Was Recommended:**            YES        (NO)

**Written Explanation of Override:**


**Circle The Recommended Security Designation:**

HIGH      CLOSE CUSTODY      (MEDIUM ASSAULTIVE-ESCAPE)      MEDIUM      LOW MEDIUM      MINIMUM      LOW MINIMUM      VERY LOW MINIMUM

**Signature Of Reassessment Staff Member and Date Reassessment Completed:** _____ 12/4/2019 1211pm

Knti uy      DAY 2

**Supervisory Review Of Override:**
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)            DISAPPROVED      APPROVED

**Written Explanation of Disapproval:** _____

_____


**Circle Final Security Designation:**

HIGH      CLOSE CUSTODY      MEDIUM ASSAULTIVE-ESCAPE      MEDIUM      LOW MEDIUM      MINIMUM      LOW MINIMUM      VERY LOW MINIMUM

**Signature Of Supervisor and Date Of Override Review:** _____

**Recommended Housing Assignment:** _____

EXHIBIT A

Inmate No. 94F 19-2565

Name: Quintanilla, Mario

## Texas Reclassification Tree

### Are Classification review Circumstances
**Aggravating?**   or   **Mitigating?**



**High Risk Flags**
Assaultive
Escape
Suicidal
Mental
Gang Member
Other _____

**Special Condition Flags**
Protective Custody
Medical
Juvenile
Handicap/Disabled
Body Fluid Watch
Other _____

Override Reason: _____

Override Assignment: (circle) 1 2 3 4 5 6 7 8 9   Date: Nov. 17, 19

Review Officer: R. Castillo   Next Review Date: _____

Comments: Reclassified to DLD for fighting Do not mix w/ Solis, Roland.

☐ No Change in Current Classification (check)

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may be not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.   035

EXHIBIT A

**SECURITY LEVEL REASSESSMENT**

Inmate Name: Quintanilla, Mario

Inmate ID: 19-2565          D.O.B: 06/07/73

<u>Circle Whether Override Of Security Designation Was Recommended</u>:          **YES**          NO

<u>Written Explanation of Override</u>:

<u>Circle The Recommended Security Designation</u>:

HIGH     **CLOSE CUSTODY**     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

<u>Signature Of Reassessment Staff Member and Date Reassessment Completed</u>: R Castillo DID nov. 17,19
Cpl Reymora

<u>Supervisory Review Of Override</u>:
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)          **DISAPPROVED**     **APPROVED**

<u>Written Explanation of Disapproval</u>: _____

_____

<u>Circle Final Security Designation</u>:

HIGH     CLOSE CUSTODY     MEDIUM ASSAULTIVE-ESCAPE     MEDIUM     LOW MEDIUM     MINIMUM     LOW MINIMUM     VERY LOW MINIMUM

<u>Signature Of Supervisor and Date Of Override Review</u>: _____

<u>Recommended Housing Assignment</u>: _____

EXHIBIT A

**CLASSIFICATION NOTICE**



| NAME: (last) Quintanilla | | (first) Mario | | (middle) | |
|---|---|---|---|---|---|
| JAIL NO: 9406 | D.O.B. 6/7/73 | RACE: W | SEX: m | | SSN: 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 |
| Charge(s) 1) Man/Del CS PS|7=4008 | | 2) | | 3) | |
| You have been placed in the following classification: Medium | | | | | |

This classification is determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. NOTE: Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to regular periodic review; and / other reasons recommended by the jail staff.

Appeal Process: any inmate dissatisfied with his or her classification must appeal his / her classification, in writing, writing, within ten (10) days of the primary classification or reclassification by addressing his/her appeal as APPEAL OF CLASSIFICATION and directing it to: the Sheriff or his designee.

| Classified by: J.Guerra | Date: 11/06/19 |
|---|---|
| Comments by staff: Classified to Day 2 / Gave intial problems during intake & Booking | |

Booking Date: 11/06/19



High Risk: (Check)
- ☐ Assaultive
- ☐ Escape
- ☐ Suicidal
- ☐ Mental member
- ☒ Gang Leader
- ☐ Other _____

Special Condition: (check)
- ☐ Protective Custody
- ☐ Medical
- ☐ Juvenile
- ☐ Handicap/Disabled
- ☐ Body Fluid watch
- ☐ Other _____

©2011 Northpointe, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified without express written consent of Northpointe, Inc. Automation of the Instruments must be licensed by Northpointe, Inc. 888-221-4615.

EXHIBIT A



SECURITY LEVEL REASSESSMENT

Inmate Name: Quintanilla, Mario

Inmate ID: 9406    D.O.B: 6/7/73

Circle Whether Override Of Security Designation Was Recommended:    YES    (NO)

Written Explanation of Override:

Circle The Recommended Security Designation:

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    (MEDIUM)    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

Signature Of Reassessment Staff Member and Date Reassessment Completed: *Jonathan Lunor Cprafka*    11/8/19

Supervisory Review Of Override:
Circle Whether Override Of Security Designation Was Approved or Disapproved
(If 'DISAPPROVED' is circled, provide a written explanation)    DISAPPROVED    APPROVED

Written Explanation of Disapproval: _____

_____

Circle Final Security Designation:

HIGH    CLOSE CUSTODY    MEDIUM ASSAULTIVE-ESCAPE    MEDIUM    LOW MEDIUM    MINIMUM    LOW MINIMUM    VERY LOW MINIMUM

Signature Of Supervisor and Date Of Override Review: _____

Recommended Housing Assignment: _____

EXHIBIT A