# TEXAS COMMISSION ON JAIL STANDARDS



**EXECUTIVE DIRECTOR**
Brandon S. Wood

P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
Agency Website: http://www.tcjs.state.tx.us
E-mail Address: info@tcjs.state.tx.us

January 3, 2020

Sheriff David Soward
Atascosa County Sheriff's Office
1108 Campbell Ave.
Jourdanton, TX 78026

Dear Sheriff Soward,

The most recent inspection of the Atascosa County Jail on January 2, 2020 by Texas Commission on Jail Standards Inspector Jennifer Shumake has demonstrated that your facility is in compliance with Texas Minimum Jail Standards.

Enclosed you will find Certificate of Compliance for the Atascosa County Jail.

If you have any questions, please feel free to contact me.

Respectfully,

Brandon S. Wood
Executive Director

BW/sh

cc:   Judge Robert Hurley, Atascosa County

**__Note:__**   Please be advised that technical assistance was provided in some areas.  The Requirements Review has been attached for your review to ensure that you are fully aware of the issues.  Failure to address the technical assistance areas in a timely manner may result in the issuance of a notice of non-compliance.

Judge Bill Stoudt, Longview, Chair          Sheriff Dennis D. Wilson, Groesbeck          Commissioner Ben Perry, Waco
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair          Sheriff Kelly Rowe, Lubbock          Duane Lock, Southlake
Melinda E. Taylor, Austin          Patricia M. Anthony, Garland          Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

EXHIBIT C