UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIO QUINTANILLA, #03470071 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:20-CV-00563-DAE |
| | § | |
| CAPTAIN MARTIN GONZALES, | § | |
| SHERIFF DAVID SOWARD, AND | § | JURY DEMANDED |
| OFFICER AMANDA FAZ, | § | |
| | § | |
| Defendants. | § | |

### AFFIDAVIT OF CAPTAIN MARTIN GONZALES

BEFORE ME, the undersigned authority, on this day personally appeared **MARTIN GONZALES**, who is personally known to me and who, being duly sworn on oath to tell the truth, testified as follows:

1. "My name is Martin Gonzales. I am over the age of eighteen (18) years, have never been convicted of a felony or crime of moral turpitude, and am competent to make this Affidavit. I have personal knowledge of the facts contained herein, and those facts are true and correct.

2. I am the Captain for the Atascosa County Jail ("ACJ"), and a custodian of records for the ACJ. The records listed below and attached to the County Defendants' Supplemental Motion to Dismiss Plaintiff's Amended Complaint are true and correct copies and exact duplicates of records maintained by the ACJ in the ordinary course of business. It was in the regular course of business for an employee or representative of the ACJ, with knowledge of the act, event, condition, or opinion recorded, to make the record or to transmit information thereof to be included in such records, and such records were made at or near the time of the event or events recorded, or reasonably soon thereafter. The following exhibits attached to the County Defendants' Supplemental Motion to Dismiss Plaintiff's Amended Complaint are true and correct copies of the originals:

   | | | |
   |---|---|---|
   | Exhibit A | — | Quintanilla February 10, 2020 Grievance and Response |
   | Exhibit B | — | Quintanilla Law Library Logs |
   | Exhibit C | — | Quintanilla January 9, 2020 Offense Report |
   | Exhibit D | — | Use of Force Policy |
   | Exhibit E | — | Texas Commission on Jail Standards Compliance |

EXHIBIT D

FURTHER AFFIANT SAYETH NOT."

_____
**MARTIN GONZALES**

SUBSCRIBED AND SWORN TO, BEFORE ME, by **Martin Gonzales**, on this the 7th day of December, 2020, to certify which witness my hand and seal of office.

_____
Notary Public for the State of Texas

AMANDA BELTRAN
My Notary ID # 129301806
Expires February 11, 2021

EXHIBIT D